# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

.Robert C Shannon and Nancy L Shannon                     **Case No.: 18-29876 JNP**
                                                          **Chapter:** 7

## NOTICE OF HEARING ON REAFFIRMATION AGREEMENT

You are hereby notified of a hearing before the Honorable Jerrold N. Poslusny, Jr., United States Bankruptcy Judge.

**Reason for Hearing**: Reaffirmation Agreement between Debtor(s) and M&T Bank

**Location of Hearing**: United States Bankruptcy Court
                         400 Cooper Street, Courtroom 4C
                         Camden, NJ

**Date and Time:**         Tuesday,  Janaury 8, 2019 at 12:00 PM
                           or as soon as the matter may be reached.

**If the Debtor(s) would like to appear by phone or would like to request a more convenient time for the hearing, the Debtor(s) should contact the Court at 856-361-2358 not later than 5 days before the hearing date.  If Counsel for the Debtor intends to appear, you may contact the Court to request that the matter be heard at 10:00 a.m.**

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on December 12, 2018 the foregoing notice was served on the following:

Debtor(s)
Counsel for Debtor(s) via (CM/ECF)