## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

.Robert C Shannon and Nancy L Shannon                    **Case No.: 18-29876 JNP**
                                                          **Chapter:** 7

### NOTICE OF HEARING ON REAFFIRMATION AGREEMENT

        You are hereby notified of a hearing before the Honorable Jerrold N. Poslusny, Jr.,
United States Bankruptcy Judge.

**Reason for Hearing**: Reaffirmation Agreement between Debtor(s) and M&T Bank

**Location of Hearing**: United States Bankruptcy Court
                        400 Cooper Street, Courtroom 4C
                        Camden, NJ

**Date and Time:**      Tuesday,  Janaury 8, 2019 at 12:00 PM
                        or as soon as the matter may be reached.

**If the Debtor(s) would like to appear by phone or would like to request a more convenient
time for the hearing, the Debtor(s) should contact the Court at 856-361-2358 not later than
5 days before the hearing date.  If Counsel for the Debtor intends to appear, you may
contact the Court to request that the matter be heard at 10:00 a.m.**

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on December 12, 2018 the foregoing notice was served on the following:

Debtor(s)
Counsel for Debtor(s) via (CM/ECF)

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 18-29876-JNP
Robert C Shannon                                                            Chapter 7
Nancy L Shannon
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Dec 12, 2018
                             Form ID: pdf900       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2018.
db/jdb      +Robert C Shannon,    Nancy L Shannon,    25 McQuisten Court,    Sewell, NJ 08080-4245
cr          ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
             (address filed with court: M&T Bank,    475 Crosspoint Pkwy.,    Getzville, NY  14068)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2018                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2018 at the address(es) listed below:
              Brian  Thomas    brian@brianthomaslaw.com,  bthomas@ecf.epiqsystems.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as indenture
               trustee, for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1
               kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Ned  Mazer    on behalf of Joint Debtor Nancy L Shannon nmazer9393@comcast.net
              Ned  Mazer    on behalf of Debtor Robert C Shannon nmazer9393@comcast.net
              Robert J. Malloy    on behalf of Creditor    SJFCU ecf.rjmalloylaw@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 6