UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                                  Case No.:     18-29876

Robert C. Shannon

Nancy L. Shannon                         Chapter:     7

                                                         Judge:     JNP

**NOTICE OF PROPOSED ABANDONMENT**

_____Brian S. Thomas_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Mitchell H. Cohen US Courthouse
401 Market Street
Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny, Jr.__ on __01/22/19__ at __10__ a.m. at the United States Bankruptcy Court, Courtroom no. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 25 McQuisten Court
Sewell, NJ
Value $190,000.00 |
|---|---|

| Liens on property: | Select Portfolio Servicing
$186,543.00 |
|---|---|

| Amount of equity claimed as exempt: | $28,000.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:       Brian S. Thomas, Chapter 7 Trustee

Address:       327 Central Avenue, Suite 103, Linwood, NJ 08221

Telephone No.: 609-601-6066

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Robert C Shannon
Nancy L Shannon
    Debtors

Case No. 18-29876-JNP
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2    Date Rcvd: Dec 17, 2018
                      Form ID: pdf905    Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2018.
```
db/jdb         +Robert C Shannon,    Nancy L Shannon,    25 McQuisten Court,    Sewell, NJ 08080-4245
cr            ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
               (address filed with court: M&T Bank,     475 Crosspoint Pkwy.,    Getzville, NY  14068)
cr             +SJFCU,    1615 Huffville Road,    PO Box 5530,    Deptford, NJ 08096-0530
517797790      +Citibank/The Home Depot,    Po Box 6497,    Sioux Falls, SD 57117-6497
517797794       Emerg. Phy of South Jersey,    Akron Billing Center,    3585 Ridge Park DR.,
                 Akron, OH 44333-8203
517797795      +Eye Physicians,    1140 White Horse Road,    Ste 1,    Voorhees, NJ 08043-2106
517797796      +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
517797797      +Inova Federal Cu,    358 S Elkhart Ave,    Elkhart, IN 46516-3545
517797798      +Jefferson Health,    500 Malboro Avenue,    Cherry Hill, NJ 08002-2020
517797799      +Kennedy Health System,    500 Marlboro Avenue,    Cherry Hill, NJ 08002-2020
517797800      +Lourdes Cardiology,    PO Box 824699,    Philadelphias, PA 19182-4699
517797801      +Midlantic Anesthesia Associates,    1040 Kings Highway N,    Cherry Hill, NJ 08034-1908
517797806      +Target,    Po Box 673,    Minneapolis, MN 55440-0673
517891479      +U.S. Bank National Association,    Kevin G. McDonald, Esquire,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
517797807       Usaa Federal Savings Bank,    Po Box 47504,    San Antonio, TX 78265
517797808      +Zoll,    121 Gamma Drive,    Pittsburg, PA 15238-2919
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 18 2018 00:14:06      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 18 2018 00:14:01      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517797791      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 18 2018 00:13:45      Comenity Capital Bank/HSN,
                 Po Box 182120,    Columbus, OH 43218-2120
517797792      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 18 2018 00:13:45      Comenitycapital/boscov,
                 Po Box 182120,    Columbus, OH 43218-2120
517797793      +E-mail/PDF: creditonebknotifications@resurgent.com Dec 18 2018 00:18:44      Credit One Bank,
                 Po Box 98875,    Las Vegas, NV 89193-8875
517797789       E-mail/Text: camanagement@mtb.com Dec 18 2018 00:13:34      M & T Credit Services,
                 1 Fountain Plaza Fl 4,    Buffalo, NY    14203
517797802      +E-mail/Text: jennifer.chacon@spservicing.com Dec 18 2018 00:15:03
                 Select Portfolio Servicing, Inc.,    Po Box65250,    Salt Lake City, UT 84165-0250
517797803      +E-mail/Text: rharris@southjerseyfcu.com Dec 18 2018 00:14:04      South Jersey FCU,
                 1615 Hurffville Rd,    Deptford, NJ 08096-6406
517797804      +E-mail/Text: rharris@southjerseyfcu.com Dec 18 2018 00:14:04
                 South Jersey Federal Credit Union,    1615 Hurfville Road,    Deptford, NJ 08096-6406
517800391      +E-mail/PDF: gecsedi@recoverycorp.com Dec 18 2018 00:18:33      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517797805      +E-mail/PDF: gecsedi@recoverycorp.com Dec 18 2018 00:18:01      Synchrony Bank/Lowes,
                 Po Box 965005,    Orlando, FL 32896-5005
                                                                                              TOTAL: 11
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2018                                         Signature:   /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2                Date Rcvd: Dec 17, 2018
                              Form ID: pdf905          Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2018 at the address(es) listed below:
              Brian   Thomas    on behalf of Trustee Brian   Thomas brian@brianthomaslaw.com,
               bthomas@ecf.epiqsystems.com
              Brian   Thomas    brian@brianthomaslaw.com,   bthomas@ecf.epiqsystems.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as indenture
               trustee, for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Ned   Mazer    on behalf of Joint Debtor Nancy L Shannon nmazer9393@comcast.net
              Ned   Mazer    on behalf of Debtor Robert C Shannon nmazer9393@comcast.net
              Robert J. Malloy    on behalf of Creditor    SJFCU ecf.rjmalloylaw@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```