**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Robert C Shannon | Social Security number or ITIN xxx–xx–7156 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Nancy L Shannon | Social Security number or ITIN xxx–xx–9895 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   18–29876–JNP

## Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robert C Shannon
dba RC Shannon Detective Agency

Nancy L Shannon
dba Sams Signature Gems

2/1/19

**By the court:**   Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318         **Order of Discharge**         page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-29876-JNP
Robert C Shannon                                                    Chapter 7
Nancy L Shannon
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 2           Date Rcvd: Feb 01, 2019
                               Form ID: 318             Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 03, 2019.
db/jdb         +Robert C Shannon,    Nancy L Shannon,    25 McQuisten Court,    Sewell, NJ 08080-4245
cr            ++M&T BANK,   LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
                (address filed with court: M&T Bank,    475 Crosspoint Pkwy.,    Getzville, NY  14068)
cr             +SJFCU,   1615 Huffville Road,    PO Box 5530,    Deptford, NJ 08096-0530
517797794       Emerg. Phy of South Jersey,    Akron Billing Center,    3585 Ridge Park DR.,
                 Akron, OH 44333-8203
517797795      +Eye Physicians,    1140 White Horse Road,    Ste 1,    Voorhees, NJ 08043-2106
517797796      +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
517797797      +Inova Federal Cu,    358 S Elkhart Ave,    Elkhart, IN 46516-3545
517797798      +Jefferson Health,    500 Malboro Avenue,    Cherry Hill, NJ 08002-2020
517797799      +Kennedy Health System,    500 Marlboro Avenue,    Cherry Hill, NJ 08002-2020
517797800      +Lourdes Cardiology,    PO Box 824699,    Philadelphias, PA 19182-4699
517797801      +Midlantic Anesthesia Associates,    1040 Kings Highway N,    Cherry Hill, NJ 08034-1908
517891479      +U.S. Bank National Association,    Kevin G. McDonald, Esquire,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
517797808      +Zoll,   121 Gamma Drive,    Pittsburg, PA 15238-2919

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QBTHOMAS.COM Feb 02 2019 06:28:00      Brian Thomas,    Brian Thomas, Esq,
                 327 Central Avenue,    Suite 103,   Linwood, NJ 08221-2026
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 02 2019 02:05:41      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 02 2019 02:05:36      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517797790      +EDI: CITICORP.COM Feb 02 2019 06:28:00      Citibank/The Home Depot,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
517797791      +EDI: WFNNB.COM Feb 02 2019 06:28:00      Comenity Capital Bank/HSN,    Po Box 182120,
                 Columbus, OH 43218-2120
517797792      +EDI: WFNNB.COM Feb 02 2019 06:28:00      Comenitycapital/boscov,    Po Box 182120,
                 Columbus, OH 43218-2120
517797793      +EDI: RCSFNBMARIN.COM Feb 02 2019 06:28:00      Credit One Bank,    Po Box 98875,
                 Las Vegas, NV 89193-8875
517797789       E-mail/Text: camanagement@mtb.com Feb 02 2019 02:05:14      M & T Credit Services,
                 1 Fountain Plaza Fl 4,    Buffalo, NY  14203
517797802      +E-mail/Text: jennifer.chacon@spservicing.com Feb 02 2019 02:07:28
                 Select Portfolio Servicing, Inc.,    Po Box65250,    Salt Lake City, UT 84165-0250
517797803      +E-mail/Text: rharris@southjerseyfcu.com Feb 02 2019 02:05:39      South Jersey FCU,
                 1615 Hurffville Rd,    Deptford, NJ 08096-6406
517797804      +E-mail/Text: rharris@southjerseyfcu.com Feb 02 2019 02:05:39
                 South Jersey Federal Credit Union,    1615 Hurfville Road,    Deptford, NJ 08096-6406
517800391      +EDI: RMSC.COM Feb 02 2019 06:28:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517797805      +EDI: RMSC.COM Feb 02 2019 06:28:00      Synchrony Bank/Lowes,    Po Box 965005,
                 Orlando, FL 32896-5005
517797806      +EDI: WTRRNBANK.COM Feb 02 2019 06:28:00      Target,    Po Box 673,   Minneapolis, MN 55440-0673
517797807       EDI: USAA.COM Feb 02 2019 06:28:00      Usaa Federal Savings Bank,    Po Box 47504,
                 San Antonio, TX 78265
                                                                                              TOTAL: 15

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Brian Thomas,    Brian Thomas, Esq,   327 Central Avenue,    Suite 103,   Linwood, NJ 08221-2026
                                                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin                  Page 2 of 2            Date Rcvd: Feb 01, 2019
                              Form ID: 318                 Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2019 at the address(es) listed below:
              Brian   Thomas    on behalf of Trustee Brian   Thomas brian@brianthomaslaw.com,
               bthomas@ecf.epiqsystems.com
              Brian   Thomas    brian@brianthomaslaw.com,   bthomas@ecf.epiqsystems.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as indenture
               trustee, for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Ned   Mazer    on behalf of Joint Debtor Nancy L Shannon nmazer9393@comcast.net
              Ned   Mazer    on behalf of Debtor Robert C Shannon nmazer9393@comcast.net
              Robert J. Malloy    on behalf of Creditor    SJFCU ecf.rjmalloylaw@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```