Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–29876–JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Robert C Shannon
dba RC Shannon Detective Agency
25 McQuisten Court
Sewell, NJ 08080

Nancy L Shannon
dba Sams Signature Gems
25 McQuisten Court
Sewell, NJ 08080

Social Security No.:
  xxx–xx–7156                              xxx–xx–9895

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Brian Thomas is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: February 7, 2019

Jerrold N. Poslusny Jr.
Judge, United States Bankruptcy Court